United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| MAURICIO CRISTANCHO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:24-cv-110 |
| | § | |
| SWBC MORTGAGE CORPORATION, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On July 14, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 36. Judge Edison filed a memorandum and recommendation on August 4, 2026, recommending that defendants' motion for summary judgment (Dkt. 30) be granted. *See* Dkt. 37.

On August 18, 2026, the plaintiffs filed their objections to the memorandum and recommendation. *See* Dkt. 38. The defendants responded on September 2, 2026. *See* Dkt. 39. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After

conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections, the memorandum and recommendation, the pleadings, and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 37) is approved and adopted in its entirety as the holding of the court; and

(2) Defendants' motion for summary judgment (Dkt. 30) is granted.

SIGNED on Galveston Island this 11th day of September 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE